# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>(1) Reginel CAZARES a/k/a "JUNIOR,"<br>(2) Luis Ramon FELIZ SANTANA a/k/a "Luis Felix" a/k/a "Michael Corleone,"<br>(3) Cesar PARRA a/k/a "Flow," and<br>(4) Jesus LOPEZ MEDINA<br>*Defendant(s)* | Case No.<br>24-8116-PGL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 2023- Present** in the county of **Middlesex** in the _____ District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(b)(1)(A) | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, To Wit, 400 Grams or More of Fentanyl and 5 Kilograms or More of Cocaine |

This criminal complaint is based on these facts:
See attached affidavit of DEA Special Agent Rory Mitchell

☑ Continued on the attached sheet.

*Rory Mitchell /by Paul G. Levenson*
Complainant's signature

Rory Mitchell, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: February 26, 2024

Judge's signature

City and state: Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
Printed name and title