**JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)**

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Tewksbury and Methuen
**County** Middlesex and Essex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant X
Magistrate Judge Case Number 24-8116-PGL
Search Warrant Case Number see additional info
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 22-10090-DJC, 22-10054-ADB  [✓] Yes  [ ] No

**Defendant Information:**
Defendant Name: Luis Ramon FELIZ SANTANA  Juvenile: [ ] Yes [✓] No
Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No
Alias Name: "Luis Felix," "Michael Corleone"
Address: Methuen, Massachusetts
Birth date (Yr only): 1983  SSN (last 4#): 3138  Sex: M  Race: White  Nationality: _____

**Defense Counsel if known:** _____  Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Samuel R. Feldman  Bar Number if applicable: _____

**Interpreter:** [✓] Yes [ ] No  List language and/or dialect: Spanish
**Victims:** [ ] Yes [✓] No  If yes, are there multiple crime victims under 18 USC §3771(d)(2) [ ] Yes [ ] No
**Matter to be SEALED:** [✓] Yes [ ] No
[✓] Warrant Requested  [ ] Regular Process  [ ] In Custody

**Location Status:** _____
**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody at _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:** [✓] Complaint  [ ] Information  [ ] Indictment
**Total # of Counts:** [ ] Petty ___  [ ] Misdemeanor ___  [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/26/2024  Signature of AUSA: *[signature]*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Luis Ramon FELIZ SANTANA a/k/a "Luis Felix" a/k/a "Michael Corleone"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846, 841(b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 400g+ Fentanyl and 5kg+ Cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-8317, 8397, 8398, 8399-PGL; 24-8102, 8103, 8104, 8117, 8118, 8119, 8120-PGL