JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Tewksbury and Methuen

**County** Middlesex and Essex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant X
Magistrate Judge Case Number  24-8116-PGL
Search Warrant Case Number  see additional info
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 22-10090-DJC, 22-10054-ADB  ☑ Yes  ☐ No

Defendant Name: Jesus LOPEZ MEDINA   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: Bakersfield, California

Birth date (Yr only): 1991   SSN (last 4#): _____   Sex: M   Race: White   Nationality: Mexico

**Defense Counsel if known:** _____   **Address:** _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Samuel R. Feldman   Bar Number if applicable: _____

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/26/2024   Signature of AUSA: 

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Cesar PARRA a/k/a "Flow"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846, 841(b)(1)(A) | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 400g+ Fentanyl and 5kg+ Cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-8317, 8397, 8398, 8399-PGL; 24-8102, 8103, 8104, 8117, 8118, 8119, 8120-PGL