**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | _____ | **Category No.** II | **Investigating Agency** DEA |

**City** Tewksbury, Methuen, Lowell

**County** Middlesex and Essex

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant X New Defendant _____
Magistrate Judge Case Number 24-8116-PGL
Search Warrant Case Number see additional info
R 20/R 40 from District of _____

**Defendant Information:**    Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 22-10090-DJC, 22-10054-ADB   ☑ Yes ☐ No

Defendant Name Reginel CAZARES                          Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Junior

Address: Tucson, Arizona

Birth date (Yr only): 1988    SSN (last 4#): 6323    Sex: M    Race: W    Nationality: W

**Defense Counsel if known:** Mark W. Shea    Address: 929 Massachusetts Ave, Suite 200

Bar Number: 558319                              Cambridge, Massachusetts 02139

**U.S. Attorney Information**

AUSA: Samuel R. Feldman    Bar Number if applicable: 681659

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** February 27, 2024

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Hon. Myong J. Joun    on March 18, 2024

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 6/13/2024    Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Reginel Cazares a/k/a "Junior"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | 21 U.S.C. § 853 | Drug Forfeiture | |
| Set 4 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-8317-PGL; 23-8397, 8398, 8399-PGL; 24-8102, 8103, 8104-PGL; 24-8117, 8118, 8119, 8120-PGL; 24-8143, 8144, 8145, 8146, 8147, 8148, 8149, 8150, 8151, 8152, 8153-PGL

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** _____ | **Category No.** II _____ **Investigating Agency** DEA _____ |

**City** Tewksbury, Methuen, Lowell

**County** Middlesex and Essex

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____

Same Defendant  X  New Defendant _____

Magistrate Judge Case Number  24-8116-PGL

Search Warrant Case Number  see additional info

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number 22-10090-DJC, 22-10054-ADB     ☑ Yes  ☐ No

Defendant Name  Luis Ramon FELIZ SANTANA                    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: "Luis Felix," "Michael Corleone"

Address: Methuen, Massachusetts

Birth date (Yr only): 1983   SSN (last 4#): 3138   Sex: M   Race White   Nationality: _____

**Defense Counsel if known:**  Scott F. Gleason          Address: 163 Merrimack Street

Bar Number:  195000                                Haverhill, Massachusetts 01830

**U.S. Attorney Information:**

AUSA:  Samuel R. Feldman          Bar Number if applicable:  681659

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:**

**Arrest Date:** _____ February 27, 2024

☑ Already in Federal Custody as of  February 28, 2024  in  Wyatt Detention Facility  .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 6/13/2024          Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Luis Ramon FELIZ SANTANA a/k/a "Luis Felix" a/k/a "Michael Corleone"

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | 21 U.S.C. § 853 | Drug Forfeiture | |
| Set 4 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-8317-PGL; 23-8397, 8398, 8399-PGL; 24-8102, 8103, 8104-PGL; 24-8117, 8118, 8119, 8120-PGL; 24-8143, 8144, 8145, 8146, 8147, 8148, 8149, 8150, 8151, 8152, 8153-PGL

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| Place of Offense: _____ | Category No. II _____ | Investigating Agency DEA _____ |
|---|---|---|

**City** Tewksbury and Methuen

**County** Middlesex and Essex

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____

Same Defendant _____  New Defendant _____

Magistrate Judge Case Number 24-8116-PGL

Search Warrant Case Number see additional info

R 20/R 40 from District of _____

**Defendant Information:**    Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number 22-10090-DJC, 22-10054-ADB    ☑ Yes  ☐ No

Defendant Name  Cesar PARRA                                    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: "Flow"

Address: Methuen, Massachusetts

Birth date (Yr only): 1995    SSN (last 4#): 4220    Sex: M    Race W    Nationality: USA

**Defense Counsel if known:** Jefferey Miller        Address: 60 Leo M Birmingham Parkway, Suite 103

Bar Number: 670561                                    Boston, Massachusetts 0213

**U.S. Attorney Information:**

AUSA: Samuel R. Feldman        Bar Number if applicable: 681659

**Interpreter:** ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** February 27, 2024

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☑ On Pretrial Release:  Ordered by: Hon. Paul G. Levenson  on  February 28, 2024

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 6/13/2024        Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Cesar PARRA a/k/a "Flow"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-8317-PGL; 23-8397, 8398, 8399-PGL; 24-8102, 8103, 8104-PGL; 24-8117, 8118, 8119, 8120-PGL; 24-8143, 8144, 8145, 8146, 8147, 8148, 8149, 8150, 8151, 8152, 8153-PGL

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

Place of Offense: _____   Category No. __II__   Investigating Agency __DEA__

City    Tewksbury, Methuen, Lowell

County    Middlesex and Essex

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____

Same Defendant __X__   New Defendant _____

Magistrate Judge Case Number    24-8116-PGL

Search Warrant Case Number    see additional info

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number   22-10090-DJC, 22-10054-ADB      ✓ Yes   ☐ No

**Defendant Information:**

Defendant Name   Jesus LOPEZ MEDINA                                Juvenile:   ☐ Yes   ✓ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ✓ No

Alias Name: _____

Address:   Bakersfield, California

Birth date (Yr only): __1991__   SSN (last 4#): _____   Sex: __M__   Race __White__   Nationality: __Mexico__

**Defense Counsel if known:**   Stephen G. Huggard        Address:   101 Arch Street 8th Floor

Bar Number:   622699                                        Boston, Massachusetts 02110

**U.S. Attorney Information**

AUSA:   Samuel R. Feldman                        Bar Number if applicable:   681659

**Interpreter:**   ✓ Yes   ☐ No        List language and/or dialect:   Spanish

**Victims:**   ☐ Yes   ✓ No        If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ✓ No

☐ Warrant Requested        ☐ Regular Process        ✓ In Custody

**Location Status:**

**Arrest Date:** _____February 29, 2024_____

✓ Already in Federal Custody as of   May 3, 2024        in   Wyatt Detention Facility   .

☐ Already in State Custody at _____   ☐ Serving Sentence        ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ✓ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ✓ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

✓   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  6/13/2024        Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jesus LOPEZ MEDINA

<b>U.S.C. Citations</b>

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | 21 U.S.C. § 853 | Drug Forfeiture | |
| Set 4 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-8317-PGL; 23-8397, 8398, 8399-PGL; 24-8102, 8103, 8104-PGL; 24-8117, 8118, 8119, 8120-PGL; 24-8143, 8144, 8145, 8146, 8147, 8148, 8149, 8150, 8151, 8152, 8153-PGL

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013