UNITED STATES DISTRICT COURT DISTRICT
OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:24-cr-10173-DJC |
| | ) | |
| LUIS RAMON FELIZ SANTANA | ) | |

## MOTION TO CONTINUE

Now comes the Defendant in the above-entitled matter and moves this Honorable Court to continue the Status Conference hearing currently scheduled for November 25, 2024 at 4:00 PM.

As grounds therefore, Counsel will be out of the state from 11/24/24 – 12/01/2024.

Counsel respectfully requests that this matter be continued to December 2nd, 2024. Counsel can appear in person on that date.

If there are any questions or concerns please feel free to call my cell phone: (617) 803-9614 or email me eam@marjustice.com

LUIS FELIZ
By his attorney,

/s/ Eduardo Masferrer
Eduardo Masferrer
B.B.O. #644623
Masferrer/Riley P.C.
55 Union Street, 40th Floor
Boston, MA 02108
Tel: 617-531-0135

CERTIFICATE OF SERVICE

      I, Eduardo Masferrer, certify that a true copy of this document was served on Assistant U.S. Attorneys by ECF delivery on November 20, 2024.

                                            /s/ Eduardo Masferrer
                                            Eduardo Masferrer