UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETS
BOSTON, MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 24 CR 10173-DJC |
| v. ) | |
| ) | |
| LUIS FELIZ SANTANA ) | |
| ) | |

**ASSENTED TO MOTION TO TRAVEL**

Now comes the Defendant in the above-entitled matter and requests that this Court permit him to travel to Florida for an upcoming employment opportunity. The Defendant requests that he be permitted to travel to Miami, Florida for three days from December 15th through the 18th, 2024. The Defendant would be in the employ of Raffaello and Co. and is assisting as a vendor during and following the Rolling Loud Event in Miami.

The Defendant will provide the Probation department with his flight schedule (Leaving on the 15th and returning on the 18th) as well as his hotel accommodations. The Defendant is willing to provide any other information which the Court or Probation requires. Both AUSA Feldman and P.O. Woody assent to this motion.

Respectfully submitted,
LUIS FELIZ SANTANA
By his attorney:

 /s/ Eduardo Masferrer
Eduardo Masferrer
Masferrer & Riley, P.C.
BBO# 644623
55 Union Street, 4th Floor
Boston, MA 02108
(617) 531-0135